Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
v.                                  :
                                    :   11 CR 587 (VB)
RAFAEL G. HERNANDEZ,                :
                         Defendant. :
------------------------------------------------------x

    Having reviewed defendant Hernandez's request for early termination of supervised release dated December 29, 2020 (which will be separately docketed); consulted with Mr. Hernandez's probation officer, who has no objection to the request; and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Hernandez's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant Rafael G. Hernandez is discharged therefrom, effective immediately.

    Chambers will mail a copy of this Order to defendant at the following address:

Rafael G. Hernandez
826 Metcalf Avenue
Bronx, NY  10473

Dated: January 13, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge